# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129520

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 129520
COA: 263601
Wayne CC: 04-011254

MAURICE WHITCHSETT,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219